

United States District Court
OFFICE OF THE CLERK
**Western District of Louisiana**

April 27, 2012

*800 Lafayette Street, Suite 2100*  *300 Fannin Street, Suite 1167*
*Lafayette, LA 70501*  *Shreveport, LA 71101*
*1-337-593-5000*  *1-318-676-4273*

Clerk of Court
4th Judicial District Court
Ouachita Parish Courthouse
300 St. John St
Monroe, LA 71201

      In re:  Civil Action No.  3:11-CV-0082
            Your Case No.  10-4414
            James Taylor vs.  Edward W Wong

Dear Madam:

    Please be advised that the above captioned matter has been remanded to your Court.  We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

    The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF.  Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

    Please acknowledge receipt on the enclosed copy of this letter.

    For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

    THUS DONE  April 27, 2012.

                                    TONY R. MOORE
                                    CLERK OF COURT

aec